THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Charles Rynes,       
Appellant.
 
 
 

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-332
Submitted March 26, 2003  Filed 
 May 15, 2003

APPEAL DISMISSED

 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of N. Charleston, for Respondent.
 
 

PER CURIAM:  Charles Rynes was convicted of murder.  He was sentenced 
 to life imprisonment without parole.  Ryness appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Rynes filed a pro se 
 response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1]
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.